UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
VANESSA JIMINEZ, Individually, and On : Case No.: 1:22-cv-09335-JMF-GWG
Behalf of All Others Similarly Situated, :
  :
  :
            Plaintiff, :
  vs. :
  : **NOTICE OF SETTLEMENT**
  :
THE CREME SHOP, INC., :
  :
            Defendant. :
  :
  :
---------------------------------------------------------------x

Plaintiff Vanessa Jiminez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant The Creme Shop, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED: February 10, 2023						**MIZRAHI KROUB LLP**

							/s/ Edward Y. Kroub
							EDWARD Y. KROUB

							EDWARD Y. KROUB
							WILLIAM J. DOWNES
							225 Broadway, 39th Floor
							New York, NY  10007
							Telephone:  212/595-6200
							212/595-9700 (fax)
							ekroub@mizrahikroub.com
							wdownes@mizrahikroub.com

							*Attorneys for Plaintiff*